# Court of Appeals
# of the State of Georgia

ATLANTA, March 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1366. CHRISTOPHER FRANKLIN v. GEORGIA VOCATIONAL REHABILITATION AGENCY.**

In this civil action, the trial court entered a final order granting the defendant's motion to dismiss on April 25, 2025. The plaintiff, Christopher Franklin, filed a motion for reconsideration and a motion to set aside under OCGA § 9-11-60(d). The trial court denied the motions, and Franklin filed the instant direct appeal on November 10, 2025. We lack jurisdiction for three reasons.

First, to the extent Franklin seeks to appeal the final order granting the defendant's motion to dismiss, the appeal is untimely because it was filed more than 30 days after entry of the order. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The denial of a motion for reconsideration does not extend the time for filing a notice of appeal. *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). And the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021).

Second, to the extent Franklin seeks to appeal the denial of his motion for reconsideration, the denial of such a motion is not itself appealable. *Savage*, 173 Ga. App. at 271.

Third, to the extent Franklin seeks to appeal the denial of his motion to set aside under OCGA § 9-11-60(d), an appeal from the denial of such a motion requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Lemcon*

*USA Corp. v. Icon Technology Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

For the foregoing reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __03/02/2026_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*